**98–137. Keenan v. Leis.**
Hamilton App. No. C–980042. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion to expedite,

IT IS ORDERED by the court that the motion to expedite be, and hereby is, granted, and that an expedited briefing schedule be set; appellant's merit brief shall be due within ten days from the date the record is filed with the Clerk; appellee's merit brief shall be due within ten days of the filing of appellant's merit brief; and appellant's reply brief shall be due within five days of the filing of appellee's merit brief.

RESNICK and F.E. SWEENEY, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED